IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| GENE HARRISON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 424-201 |
| | ) | |
| ASSET RECOVERY SERVICES, LLC, and | ) | |
| LOCATION SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case on September 4, 2024. (Doc. no. 1.) As explained in Plaintiff's previously granted motion to file a Second Amended Complaint, this is a Fair Debt Collection Practices Act case alleging breach of the peace and illegal trespass on private property during an attempt to repossess Plaintiff's vehicle. (See doc. no. 15.) Original Defendant World Omni Financial Corporation was dismissed on November 22, 2024, (doc. no. 14), and subsequent case proceedings have focused on repossession companies, (see doc. no. 17). Given the lengthy process of identifying and serving Defendants, the standard deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has long since passed without a Report having been filed. (See doc. no. 3.)

As Defendant Location Services, LLC, has now appeared and filed an answer, (doc. no. 25), the Court **ORDERS** the parties to conduct a conference within fourteen days of the

date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 7th day of July, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA